IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ASCENT ENERGY, LLC,

    Plaintiff,

v.                                                No. CV 21-326 SMV/CG

REACH WIRELINE, LLC,

    Defendant.

## ORDER EXTENDING DEFENDANT'S TIME TO ANSWER

**THIS MATTER** is before the Court on Defendant Reach Wireline, LLC's *Unopposed Motion to Extend Time to File Responsive Pleading* (the "Motion"), (Doc. 10), filed May 14, 2021. In the Motion, Defendant requests an additional nineteen days to respond to the Complaint, (Doc. 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's response to Plaintiff's Complaint is due **May 25, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE