# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ASCENT ENERGY, LLC,

    Plaintiff,

v.                                                                          No. CV 21-326 KWR/CG

REACH WIRELINE, LLC,

    Defendant.

## ORDER VACATING INITIAL SCHEDULING ORDER AND RULE 16 HEARING

**THIS MATTER** is before the Court on Defendant Reach Wireline, LLC's opposed *Motion for Temporary Stay of Proceedings* (the "Motion"), (Doc. 23), filed July 8, 2021.

**IT IS HEREBY ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 15), and all associated deadlines are **VACATED** pending the parties' briefing on Reach Wireline's Motion.

**IT IS FURTHER ORDERED** that the Telephonic Rule 16 Scheduling Conference set for **July 20, 2021, at 2:00 p.m.** is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE