**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ASCENT ENERGY, LLC,

    Plaintiff,

v.                                                No. CV 21-326 KWR/CG

REACH WIRELINE, LLC,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, February 8, 2022, at 10:30 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE