IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ASCENT ENERGY, LLC,

    Plaintiff,

v.                                                          No. CV 21-326 KWR/CG

REACH WIRELINE, LLC,

    Defendant.

## ORDER EXTENDING DISCOVERY MOTION DEADLINE

**THIS MATTER** is before the Court on the parties' *Joint Motion for Second Extension of Time Regarding Discovery Motions* (the "Motion"), (Doc. 53), filed November 18, 2021. In the Motion, the parties request an extension of time "for parties to proceed under D.N.M.LR-Civ 26.6 and D.N.M.LR-Civ 37.1 in response to discovery objections." The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall have until **December 15, 2021**, to file any discovery motions relating to the first set of discovery responses and objections exchanged on October 13, 2021.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE