### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

ASCENT ENERGY, LLC,

    Plaintiff,

v.                                          No. CV 21-326 KWR/CG

REACH WIRELINE, LLC,

    Defendant.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE AND MOTION HEARING

**THIS MATTER** is before the Court on Defendant Reach Wireline, LLC's *Motion to Compel* (the "Motion"), (Doc. 59), filed December 15, 2021. **IT IS HEREBY ORDERED** that Plaintiff's response shall be due by **December 29, 2021**. Defendant's reply, if any, shall be due by **January 5, 2022**.

**IT IS FURTHER ORDERED** that a telephonic motion hearing shall be held via Zoom on **Wednesday, January 12, 2022, at 10:00 a.m.**

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE