# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ASCENT ENERGY, LLC,

    Plaintiff,

v.                                                                                         No. CV 21-326 KWR/CG

REACH WIRELINE, LLC,

    Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Case Deadlines* (the "Motion"), (Doc. 61), filed December 22, 2021. In the Motion, the parties request that the Court extend case deadlines by approximately four weeks. (Doc. 61 at 1). The parties explain that they have "already engaged in extensive document discovery" and have collectively produced more than 100,000 pages of documents. *Id*. at 4. The parties state that the current deadline "does not leave the parties . . . sufficient time to resolve discovery disputes, produce supplemental documents (if any), and schedule depositions after those documents have been produced." *Id*. As a result, the parties request to modify the dates and deadlines set forth in the Court's *Scheduling Order*, (Doc. 36). The parties also ask for an extension of briefing deadlines on Defendant's *Motion to Compel*, (Doc. 59). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's response to Defendant Reach Wireline, LLC's *Motion to Compel*, (Doc. 59), shall be due by **January 7, 2022**. Defendant's reply, if any, shall be due by **January 14, 2022**.

**IT IS FURTHER ORDERED** that the telephonic motion hearing previously set for Wednesday, January 12, 2022, at 10:00 a.m. is **RESET** for **Thursday, January 20, 2022, at 2:00 p.m.**

**IT IS FINALLY ORDERED** that the Court's *Scheduling Order*, (Doc. 36), shall be modified as follows:

1. The deadline for completion of fact discovery shall be extended to **February 18, 2022**;

2. The deadline for Plaintiff to submit expert reports shall be extended to **March 14, 2022**;

3. The deadline for Defendant to submit expert reports shall be extended to **April 13, 2022**;

4. The deadline for rebuttal expert reports shall be extended to **May 5, 2022**;

5. The deadline for completion of all discovery shall be extended to **May 18, 2022**;

6. The deadline for discovery motions shall be extended to **June 7, 2022**;

7. The deadline for other pretrial motions shall be extended to **June 17, 2022**;

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 36), remain in effect unless amended by further order of the Court

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE