## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ASCENT ENERGY, LLC,

    Plaintiff,

v.                                                                        No. CV 21-326 KWR/KRS

REACH WIRELINE, LLC,

    Defendant.

### ORDER VACATING STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the telephonic status conference set for **February 8, 2022, at 10:30 a.m.** is **VACATED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE