IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ASCENT ENERGY, LLC,

    Plaintiff,

v.                                                                                                                                              No. 2:21-cv-326 DHU/KRS

REACH WIRELINE, LLC,

    Defendant.

**ORDER GRANTING JOINT MOTION TO EXTEND CASE DEADLINES**

**THIS MATTER** is before the Court on the parties' Joint Motion to Extend Case Deadlines in Light of Scheduled Mediation, (Doc. 76), filed February 18, 2022. The parties state they have a mediation scheduled in this case for March 11, 2022, and ask the Court to extend their pretrial deadlines to defer discovery expenses until after the mediation. Having reviewed the motion and record of the case, the Court grants the motion.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Extend Case Deadlines in Light of Scheduled Mediation, (Doc. 76), is GRANTED. The parties shall notify the Court regarding the results of the mediation by **March 16, 2022**, and the deadlines in this case are extended as follows:

| | |
|---|---|
| Termination of Fact Discovery: | April 29, 2022 |
| Plaintiff's Expert Disclosures: | May 23, 2022 |
| Defendant's Expert Disclosures: | June 23, 2022 |
| Rebuttal Expert Reports: | July 20, 2022 |
| Termination of All Discovery: | August 2, 2022 |
| Motions Related to Discovery: | August 22, 2022 |
| Dispositive Motions: | September 1, 2022 |

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE