# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ASCENT ENERGY, LLC,

    Plaintiff,

v.                                                                    No. CV 21-326 DHU/KRS

REACH WIRELINE, LLC,

    Defendant.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon notice that the matter has settled.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **May 9, 2022**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE